THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Alberto
 Hernandez, Appellant.
 
 
 

Appeal From Spartanburg County
 Roger L. Couch, Circuit Court Judge

Unpublished Opinion No. 2008-UP-473
 Submitted August 1, 2008  Filed August
11, 2008   

APPEAL DISMISSED

 
 
 
 Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Alberto Hernandez appeals his conviction
 and sentence for trafficking in cocaine greater than ten grams.[1] 
 On appeal, Hernandez argues the circuit court improperly interpreted the
 statute under which he was charged as extending culpability for merely
 possessing ten or more grams of cocaine, rather than requiring an intent to
 distribute.  Hernandez filed a separate pro se brief, arguing he
 possessed the cocaine solely for his personal use, and the amount of cocaine
 was less than ten grams.  After a thorough review of the record and both briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[2] the appeal and grant counsels petition to be relieved.  
APPEAL DISMISSED.
KONDUROS, J., CURETON,
 A.J., and GOOLSBY, A.J., concur.

[1] S.C. Code Ann. § 44-53-370(a)(2) (2002).  
[2] We decide this case without oral argument pursuant to
 Rule 215, SCACR.